FILED
CLERK, U.S. DISTRICT COURT

JAN 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL BROWN, | ) | Case No. ED CV 08-23-GHK (PJW) |
| Petitioner, | ) ) | J U D G M E N T |
| v. | ) ) | |
| L.E. SCRIBNER, WARDEN, et al., | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order filed this day,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:     1/23/08     .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\Brown, J 23\Ord_dismissing_Judgmt.wpd